IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES M. RAY,

      Appellant,

                             Case No.    5D22-1824

v.                          LT Case No. 2008-CF-014423-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 6, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Charles M. Ray, Graceville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.